Civil Action No. 2:21-CV-00634-SCD

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pondbuilder Inc. was received by me on *(date)* June 1st, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kristopher W. Northrup, Reg. Agent, Pondbuilder Inc. , who is designated by law to accept service of process on behalf of *(name of organization)* Pondbuilder Inc on *(date)* Mon, Jun 07 2021, 11:28am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: June 8th, 2021

_____
*Server's signature*

Matthew J. Jankowski, MI Private Investigator, #3701207029
_____
*Printed name and title*

1604 S. Sheridan Bay City, Michigan 48708
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 7, 2021, 11:28 am CDT at Company: 5327 N Michigan Rd, Saginaw, MI 48604 received by Kristopher W. Northrup, Reg. Agent, Pondbuilder Inc.. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Brown;
Served.

Civil Action No. 2:21-CV-00634-SCD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Blue Thumb Distributing Inc., was received by me on *(date)* June 01, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kristopher W. Northrup, Reg. Agent. , who is designated by law to accept service of process on behalf of *(name of organization)* Blue Thumb Distributing Inc. on *(date)* Mon, Jun 07 2021, 11:28am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: June 8th, 2021

_____
*Server's signature*

Matthew J. Jankowski, MI Private Investigator, #3701207029
_____
*Printed name and title*

1604 S. Sheridan Bay City, Michigan 48708
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 7, 2021, 11:28 am CDT at Company: 5327 N Michigan Rd, Saginaw, MI 48604 received by Kristopher W. Northrup, Reg. Agent, Blue Thumb Distributing Inc,. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Brown;
Served.